**RECEIVED**
August 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
DEPUTY

**FILED**
August 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MRC_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT MASTER, LLC d/b/a COMMERCIAL LENDING USA, a Virginia Limited Liability Company, <br><br> Defendants. | § § § § § § § § § § § § § § EP-22-CV-0192-DCG |

### JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendant Credit Master, LLC d/b/a COMMERCIAL LENDING USA was served with the Summons and Complaint in this action on or about June 27, 2022, and the time for Defendant to appear, answer or move against the Complaint has expired without an appearance by Defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that Plaintiff, Brandon Callier, recover from the Defendants the sum of $93,500.00, the amount claimed, amounting in all to $93,500.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and that Plaintiff has execution, therefore.

*Deputy* Clerk of Court
United States District Court

JUDGMENT ENTERED THIS 17th DAY OF August, 2022.