UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER**, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | **EP-22-CV-00192-DCG** |
| **CREDIT MASTER, LLC**, *d/b/a* | § | |
| *Commercial Lending USA*, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER VACATING DEFAULT JUDGMENT AND REOPENING CASE

On August 17, 2022, the Clerk of Court entered a default judgment in Plaintiff Brandon Callier's favor against Defendant Credit Master, LLC. Default J., ECF No. 10. Defendant now moves to set that default judgment aside under Federal Rule of Civil Procedure 60(b). Mot., ECF No. 11; *see also* FED. R. CIV. P. 60(b) (specifying grounds upon which "the court may relieve a party . . . from a final judgment").

Plaintiff did not respond to Defendant's Motion within 14 days. *See* W.D. TEX. L.R. CV-7(d)(2) (providing, with exceptions not relevant here, that a response opposing a motion "shall be filed not later than 14 days after the filing of the motion"). As a result, the Court may grant the Motion as unopposed. *See id.*; *see also, e.g.*, *Collins v. Gov't Emps. Hosp. Ass'n*, No. Civ.A. 96–4158, 1997 WL 599362, at *2 (E.D. La. Sept. 25, 1997) (granting motion to set aside default judgment as unopposed).

The Court thus **GRANTS** Defendant Credit Master, LLC's "Motion to Set Aside Final Judgment Pursuant to Rule 60(b)(3)" (ECF No. 11).

The Court **VACATES** the "Judgment for Sum Certain by Default" (ECF No. 10).

The Court **DIRECTS** the Clerk to **REOPEN** the above-captioned case.

The Court **ORDERS** Defendant Credit Master, LLC to answer or otherwise respond to "Plaintiff's Original Complaint" (ECF No. 1) by **October 7, 2022**.

**So ORDERED and SIGNED this 16th day of September 2022.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**